AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

Salome Sallehy, an individual, et al.
                    Plaintiff (s),
           V.
Spinnaker Insurance Company
                    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:23-cv-04414-HSG

Notice is hereby given that, subject to approval by the court, __Spinnaker Insurance Company__ substitutes
                                                                   (Party (s) Name)

__Min K. Kang; Hinshaw & Culbertson__, State Bar No. __246904__ as counsel of record in
   (Name of New Attorney)

place of __Min K. Kang, Coddington, Hicks & Danforth__.
                                  (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:            Hinshaw & Culbertson
    Address:               50 California Street, Suite 2900, San Francisco, CA 94111
    Telephone:          (415) 362-6000       Facsimile
    E-Mail (Optional):    mkang@hinshawlaw.com

I consent to the above substitution.
Date: 11/30/2023

*[Signature]* on behalf of Spinnaker
(Signature of Party (s))

I consent to being substituted.
Date: 11/30/23

Min K. Kang
*[Signature]*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 11/30/23

*[Signature]*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 12/20/2023

*Haywood S. Gill, Jr.*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]