AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

Salome Sallehy, an individual, et al.
                Plaintiff (s),
V.
Spinnaker Insurance Company
                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:23-cv-04414-HSG

Notice is hereby given that, subject to approval by the court, __Spinnaker Insurance Company__ substitutes
(Party (s) Name)

__R. Wardell Loveland; Hinshaw & Culbertson__, State Bar No. __127736__ as counsel of record in
(Name of New Attorney)

place of __R. Wardell Loveland; Coddington, Hicks & Danforth__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Hinshaw & Culbertson |
| Address: | 50 California Street, Suite 2900, San Francisco, CA 94111 |
| Telephone: | (415) 362-6000     Facsimile |
| E-Mail (Optional): | rloveland@hinshawlaw.com |

I consent to the above substitution.
Date: 11/30/2023
                                                                    *[signature] on behalf of Spinnaker*
                                                                    (Signature of Party (s))

I consent to being substituted.
Date: 11/30/23
                                                                    R. Wardell Loveland
                                                                    (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 11/30/23
                                                                    R Wardell Loveland
                                                                    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 12/20/2023                                   *Haywood S. Gill Jr.*
                                                                                Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]