UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALOME SALLEHY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SPINNAKER INSURANCE COMPANY, <br><br> Defendant. | Case No. 23-cv-04414-HSG <br><br> **SCHEDULING ORDER** |

A case management conference was held on December 5, 2023. Having considered the parties' proposals, *see* Dkt. No. 22, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | February 16, 2024 |
| Close of Fact Discovery | April 23, 2024 |
| Exchange of Opening Expert Reports | May 17, 2024 |
| Exchange of Rebuttal Expert Reports | June 7, 2024 |
| Close of Expert Discovery | June 28, 2024 |
| Dispositive Motion Hearing Deadline | August 22, 2024 at 2:00 p.m. |
| Pretrial Conference | November 19, 2024, at 3:00 p.m. |
| Jury Trial (5 days) | December 9, 2024, at 8:30 a.m. |

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:  December 20, 2023

HAYWOOD S. GILLIAM, JR.
United States District Judge