```
MIN K. KANG (SBN 246904)
mkang@hinshawlaw.com
Hinshaw & Culbertson LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
Telephone:  213-680-2800
Facsimile:   213-614-7399

Attorneys for Defendant
SPINNAKER INSURANCE COMPANY
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALOME SALLEHY, an individual, TIMOTHY FRANZ, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>SPINNAKER INSURANCE COMPANY, a corporation,,<br><br>Defendants. | Case No. 4:23-cv-04414-HSG<br><br>**JOINT STIPULATION TO CONTINUE CERTAIN PRE-TRIAL DEADLINES AND ORDER**<br><br>Complaint Filed: August 25, 2023<br>Trial: December 9, 2024 |

WHEREAS, Plaintiffs Salome Sallehy and Timothy Franz ("Plaintiffs") and Defendant Spinnaker Insurance Company ("Defendant") (collectively, "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs have filed a declaratory relief action;

WHEREAS, the parties would like an opportunity to resolve the dispute through the mediation confirmed for May 20, 2024;

WHEREAS, for good cause, the Parties, by and through their respective counsel of record, request that the Court continue all related pre-trial dates and deadlines (other than the pre-trial conference) in furtherance of potential resolution at the May 20, 2024 mediation as follows:

| Matter | Current Date | Proposed New Date |
|---|---|---|
| Amendment of Pleadings/Joinder | February 16, 2024 | June 3, 2024 |
| Close of Fact Discovery | April 23, 2024 | July 22, 2024 |
| Exchange of Opening Expert Reports | May 17, 2024 | August 16, 2024 |
| Exchange of Rebuttal Expert Reports | June 7, 2024 | September 6, 2024 |
| Close of Expert Discovery | June 28, 2024 | September 27, 2024 |
| Dispositive Motion Hearing Deadline | August 22, 2024 | September 5, 2024 |
| Pretrial Conference *(unchanged)* | November 19, 2024 | November 19, 2024 |
| Jury Trial (5 days) *(unchanged)* | December 9, 2024 | December 9, 2024 |

DATED: April 4, 2024                HINSHAW & CULBERTSON LLP

By: */s/ Min K. Kang*
MIN K. KANG
Attorneys for Defendant
SPINNAKER INSURANCE COMPANY

DATED: April 4, 2024                KERLEY SCHAFFER LLP

By: */s/ Dylan L. Schaffer*
J. EDWARD KERLEY
DYLAN L. SCHAFFER
Attorneys for Plaintiffs
SALOME SALLEHY and TIMOTHY FRANZ

*Filer's Attestation: Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Min K. Kang hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories listed.*

2

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
213-680-2800

JOINT STIPULATION
Case No. 4:23-cv-04414-HSG

## ORDER

Based on the Joint Stipulation to Continue Trial-Related Deadlines, and for good cause appearing, IT IS HEREBY ORDERED that:

1. The Stipulation to Continue Trial-Related Deadlines is GRANTED.
2. The following deadlines are set as follows:

| | |
|---|---|
| Amendment of Pleadings/Joinder | June 3, 2024 |
| Close of Fact Discovery | July 22, 2024 |
| Exchange of Opening Expert Reports | August 16, 2024 |
| Exchange of Rebuttal Expert Reports | September 6, 2024 |
| Close of Expert Discovery | September 27, 2024 |
| Dispositive Motion Hearing Deadline | September 5, 2024 |
| Pretrial Conference *(unchanged)* | November 19, 2024 |
| Jury Trial (5 days) *(unchanged)* | December 9, 2024 |

**IT IS SO ORDERED.**

DATED: 4/4/2024

Honorable Haywood S. Gilliam, Jr.
United States District Court Judge
Northern District of California

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
213-680-2800

3

JOINT STIPULATION
Case No. 4:23-cv-04414-HSG